**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>PACIFIC HEIGHTS INN - SAN FRANCISCO, et al.,<br><br>          Defendants._____/ | No. C-04-3368 EDL<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation dated January 20, 2006, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: January 20, 2006

                                                                      *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge