**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES, et al.,<br><br>        Plaintiffs,<br><br> v.<br><br>PACIFIC HEIGHTS INN - SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____/ | No. C-04-3368 EDL<br><br>**AMENDED ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation dated January 20, 2006, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated: January 24, 2006

                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge