**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC HEIGHTS INN-SAN FRANCISCO, et al.,<br><br>Defendants.<br>_____/ | No. C 04-03368 JSW<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND (2) DIRECTING PLAINTIFFS TO SERVE OR DISMISS REMAINING DEFENDANTS** |

The Court has reviewed Magistrate Judge Elizabeth D. LaPorte's Report and Recommendation re Plaintiff's Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED as to Defendant Pacific Heights Inn - San Francisco, but is DENIED as to Defendants Ladrech Family Limited Partnership, Gene Ladrech and Hcerdal, Inc. because Plaintiffs have not made any showing that they served these defendants. Plaintiffs are HEREBY AWARDED $4,000.00 in statutory damages under Civil Code § 52(a), $12,375.00 in attorney's fees, and $1,327.00 in costs.

Federal Rule of Civil Procedure 4(m) ("Rule 4(m)") provides that "[i]f service of the summons and complaint is not made upon a defendant within 120 days after filing the complaint, the court, upon motion or its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a

specified time." The complaint was filed on August 17, 2004, and thus, the time to serve Defendants Ladrech Family Limited Partnership, Gene Ladrech and Hcerdal, Inc. expired over a year ago. Plaintiffs are hereby notified that if they do not demonstrate good cause for the delay in service by no later than March 24, 2006, the Court will dismiss this action against Defendants Ladrech Family Limited Partnership, Gene Ladrech and Hcerdal, Inc. without prejudice.

**IT IS SO ORDERED.**

Dated: February 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2