IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PACIFIC HEIGHTS INN-SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C 04-03368 JSW<br><br><br><br>**JUDGMENT** |

It is hereby ORDERED AND ADJUDGED that default judgment is entered and the action is dismissed with prejudice as to Defendant Pacific Heights Inn - San Francisco. The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant Pacific Heights Inn - San Francisco in the amount of $17,702.00.

**IT IS SO ORDERED.**

Dated:   February 27, 2006

                                                      JEFFREY S. WHITE<br>
                                                      UNITED STATES DISTRICT JUDGE