**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES, et al., | No. C 04-03368 JSW |
| Plaintiffs, | |
| v. | **ORDER DISMISSING REMAINING DEFENDANTS** |
| PACIFIC HEIGHTS INN-SAN FRANCISCO, et al., | |
| Defendants. | |

On February 27, 2006, this Court issued an order noting that the time to serve Defendants Ladrech Family Limited Partnership, Gene Ladrech and Hcerdal, Inc. had expired over a year ago. The Court provided Plaintiffs until March 24, 2006 to demonstrate good cause for the delay in service and informed Plaintiffs that if they failed to make such a showing within the requisite time, the Court would dismiss this action against Defendants Ladrech Family Limited Partnership, Gene Ladrech and Hcerdal, Inc. without prejudice. Plaintiff failed to file any documents to demonstrate good cause. Accordingly, the Court HEREBY DISMISSES this

///
///
///
///

1  action against Defendants Ladrech Family Limited Partnership, Gene Ladrech and Hcerdal, Inc.
2  without prejudice

3  **IT IS SO ORDERED.**

5  Dated:   September 5, 2006

     *Jeffrey S. White*
     JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California